NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**BRUCE L. FINN,**
*Appellant,*

v.

**TERESA STANEK REA, Acting Director, United States Patent and Trademark Office,**
*Appellee,*

AND

**MOLE-RICHARDSON CO.,**
*Appellee.*

———————

2012-1635

———————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000,383.

———————

**JUDGMENT**

———————

FRED H. HOLMES, Fellers, Snider, Blankenship, Bailey & Tippens, P.C., of Tulsa, Oklahoma, argued for appellant. On the brief were SCOTT R. ZINGERMAN and TERRY L. WATT. Of counsel on the brief was DANIEL B. GRAVES, Graves McLain, PLLC, of Tulsa, Oklahoma.

FRANCES M. LYNCH, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee, Teresa Stanek Rea, Acting Director, United States Patent and Trademark Office. With her on the brief were NATHAN K. KELLEY, Deputy Solicitor, and KRISTI L.R. SAWERT, Associate Solicitor.

BRIDGETTE AGNESS, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California, argued for appellee, Mole-Richardson Co. With her on the brief was GARY A. CLARK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 16, 2013                /s/ Daniel E. O'Toole
Date                                Daniel E. O'Toole
                                       Clerk